Amr MOHSEN, Plaintiff-Appellant,

v.

MORGAN STANLEY & CO. INC.;
et al., Defendants-Appellees.

No. 16-55606

United States Court of Appeals,
Ninth Circuit.

Submitted January 26, 2018 * San
Francisco, California

Filed January 29, 2018

Amr Mohsen, Pro Se

William Francis Sullivan, Attorney, Paul
Hastings LLP, Los Angeles, CA, for De-
fendants-Appellees

Before: SCHROEDER, TASHIMA, and
M. SMITH, Circuit Judges.

AMENDED MEMORANDUM **

Federal prisoner Amr Mohsen appeals
pro se from the district court's judgment
dismissing his action alleging Racketeer
Influenced and Corrupt Organizations Act
("RICO") and state law claims. We have
jurisdiction under 28 U.S.C. § 1291. We
review de novo. *Hebbe v. Pliler*, 627 F.3d
338, 341 (9th Cir. 2010) (dismissal based on
Fed. R. Civ. P. 12(b)(6)); *Jones v. Blanas*,
393 F.3d 918, 926 (9th Cir. 2004) (dismissal
based on the applicable statute of limita-
tions). We affirm.

The district court properly dismissed
Mohsen's RICO claims as time-barred be-
cause Mohsen failed to allege facts suffi-
cient to show that his RICO claims were
timely. *See Living Designs, Inc. v. E.I.
Dupont de Nemours & Co.*, 431 F.3d 353,
365 (9th Cir. 2005) (four-year statute of
limitations period for civil RICO claims
begins to run when a plaintiff knows or
should know of the injury that is the basis
for the action); *Grimmett v. Brown*, 75
F.3d 506, 512-13 (9th Cir. 1996) (discussing
"separate accrual rule" in the RICO con-
text).

The district court did not err by taking
judicial notice of the complaint Mohsen
filed in an earlier action or documents filed
in Mohsen's criminal case. *See Lee v. City
of Los Angeles*, 250 F.3d 668, 689 (9th Cir.
2001) (setting forth standard of review for
district court's decision to take judicial no-
tice; a court may take judicial notice of
matters of public record without convert-
ing a motion to dismiss into a motion for
summary judgment)

Mohsen's request for oral argument, set
forth in his opening brief, is denied.

Mohsen's request to reassign this case
to a different district court judge, set forth
in his reply brief, is denied.

**AFFIRMED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.